FILED: April 25, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4584 (L)
(1:21-cr-00091-CMH-1)
(1:20-cv-01403-CMH-IDD)

_____

COMMONWEALTH OF VIRGINIA

  Plaintiff - Appellant

v.

ALEJANDRO AMAYA

  Defendant - Appellee

------------------------------

DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON

  Amici Supporting Appellant

WILLIAM P. BARR; EDWIN A. MEESE, III; MICHAEL B. MUKASEY; FORMER ATTORNEYS GENERAL OF THE UNITED STATES; FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION; LAW ENFORCEMENT LEGAL DEFENSE FUND

  Amici Supporting Appellee

_____

No. 21-4589

(1:21-cr-00092-CMH-1)
(1:20-cv-01396-CMH-IDD)

_____

COMMONWEALTH OF VIRGINIA

        Plaintiff - Appellant

v.

LUCAS VINYARD

        Defendant - Appellee

------------------------------

DISTRICT OF COLUMBIA; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON

        Amici Supporting Appellant

WILLIAM P. BARR; EDWIN A. MEESE, III; MICHAEL B. MUKASEY; FORMER ATTORNEYS GENERAL OF THE UNITED STATES; FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION; LAW ENFORCEMENT LEGAL DEFENSE FUND

        Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties,

pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk